**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JAMES MICHAEL ATKINSON** **PLAINTIFF**
**#47553**

**v.** **Case No. 4:25-cv-01081-KGB**

**DOE** **DEFENDANT**

# ORDER

The Court has reviewed the Proposed Findings and Recommendations ("Recommendations") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 3). Plaintiff James Michael Atkinson has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendations in their entirety as this Court's findings in all respects (*Id.*). Atkinson's complaint is dismissed without prejudice (Dkt. No. 1).

It is so ordered this the 17th day of August, 2026.

Kristine G. Baker
Chief United States District Judge